# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Michael Wayne Wade** | JUVENILE: No |
| DEFENSE ATTORNEY: Thomas Monaghan | |
| Address: 700 W. Idaho Street, Suite 1000 Boise, Idaho 83702 | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Notice (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: (208) 331-5500 | ISSUE: Yes |
| INVESTIGATIVE AGENT: Mike Miraglia | INTERPRETER: No |
| Telephone No.: (208) 573-1525 | If YES, language: |
| AGENCY: Boise Police Department | |
| CASE INFORMATION: | RELATED COMPLAINT: No CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Information**

| | | | |
|---|---|---|---|
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **2 days** |
| Class B or C Misdemeanor: (Petty Offense) | **No** | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. § 1591(a)** | **ONE** | **Sex Trafficking of Children** | **Imprisonment of not less than 10 years, and up to life; not less than 5 years, and up to life Supervised Release; maximum $250,000 fine, $100 Special Assessment** |
| **18 U.S.C. § 1594(d)** | **FORFEITURE** | **Criminal Forfeiture** | |

Date:  25 July 2016          Assistant U.S. Attorney:  JUSTIN D. WHATCOTT

Telephone No.:  (208) 334-1211